UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

ADASA INC.,                                                    :

                                    Plaintiff,                  :      **SCHEDULING ORDER**

                                                               :      24 Civ. 6102 (AKH)
        -against-                                               :

R-PAC INTERNATIONAL LLC (f/k/a R-Pac                            :
International Corp., and f/k/a RIC Merger Sub                    :
LLC),                                                           :

                                    Defendant.                  :
------------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for a *Markman* hearing on Thursday,

April 24, 2025, at 10:30 a.m., in Courtroom 14D. *See Markman v. Westview Instruments, Inc.*,

517 U.S. 370 (1996). The Court will then decide the proper construction of each phrase and, after

that, discuss the discovery program for the parties, or set a date for such discussions. Until the

Claims Construction Order, there will be no discovery.

        The parties shall follow the procedure set forth in Section 2(g) of my Individual

Rules, and file a joint schedule in conformity therewith on ECF for my approval, no later than

January 15, 2025.

        The parties shall jointly file the Revised Table, as outlined in Section 2(g)(IV) of

my Individual Rules, constituting a Joint Claim Terms Chart, *see* Local Patent Rule 11, via ECF,

no later than April 2, 2025.

Finally, no later than April 21, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov), a list of all counsel expected to appear on the record at the conference, along with their contact information.

SO ORDERED.

Dated:       January 8, 2025
             New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2