UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
ADASA INC.,

                              Plaintiff,

   -against-

R-PAC INTERNATIONAL LLC (f/k/a R-Pac
International Corp., and f/k/a RIC Merger Sub
LLC),

                             Defendant.
------------------------------------------------------------ X

**CLAIM CONSTRUCTION ORDER**

24 Civ. 6102 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Pursuant to *Markman v. Westview Instr., Inc.*, 517 U.S. 370 (1998), the Court has reviewed the parties' respective positions, and held a hearing on April 24, 2025, regarding ambiguities in the claim language of U.S. Patent No. 9,798,967. After consideration of the proposed constructions submitted by the parties, the Court adopts the constructions set out in the column entitled "Court's Rulings" of the attached chart.

      SO ORDERED.

Dated:     April 24, 2025
             New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge

| Portions of Claim Requiring Judicial Interpretation | Plaintiff's Proposed Interpretations[1] | Defendant's Proposed Interpretations | Court's Rulings |
|---|---|---|---|
| "object class information space" | "data field within the memory of the RFID integrated circuit chip for information identifying the class of an object, such as a company prefix, item reference code, partition value, and/or filter value." | agreed | "data field within the memory of the RFID integrated circuit chip for information identifying the class of an object, such as a company prefix, item reference code, partition value, and/or filter value." |
| "unique serial number space" | "data field within the memory of the RFID integrated circuit for a information identifying a unique serial number" | "data field within the memory of the RFID integrated circuit for a unique serial number" | "data field within the memory of the RFID integrated circuit for a unique serial number" |
| "allocated block being assigned a limited number of most significant bits" | "a block that includes a limited, predefined sequence of higher order bits at the leading end" | "a block that includes the entire range of binary numbers that have the same sequence of higher order bits at the leading end" | "a block that includes a predefined sequence of higher order bits at the leading end" |
| "remaining bits of lesser significance" | "the remaining lower order bits at the trailing end" | agreed | "the remaining lower order bits at the trailing end" |
| "is encoded with one serial number instance" | "has stored within it one serial number instance" | "has stored within it one serial number" | "has stored within it one particular serial number" |
| "an allocated block of serial numbers" | "a pre-authorized range of serial numbers" | "a pre-authorized range of binary serial numbers" | "a pre-authorized range of serial numbers" |

| "uniquely corresponding" | plain and ordinary meaning | For any set of most significant bits (MSBs) there is exactly one corresponding allocated block, and for each allocated block there is exactly one set of MSBs, such that the MSBs function as an additional data field within the serial number space that uniquely identifies the allocated block from which it came.[2] | plain and ordinary meaning |
|---|---|---|---|

---

[1] Plaintiff's proposed constructions are identical to those adopted by the Court in *Adasa Inc. v. Avery Dennison Corporation*, Civil Action No. 6:17-CV-01685-MK, United States District Court of Oregon, regarding the same asserted Patent and same asserted claims. The Court's order from that case is attached to this Chart as Exhibit A.

[2] Defendant's proposal for the construction comes from how the Federal Circuit characterized the term "uniquely corresponds" in *ADASA Inc. v. Avery Denniscon Corp*, 55 F.4th 900, 908-909 (Fed. Cir. 2022), attached to this Chart as Exhibit B.

3