UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADASA INC., Plaintiff, -against- R-PAC INTERNATIONAL LLC (f/k/a R-Pac International Corp., and f/k/a RIC Merger Sub LLC), Defendant. | **ORDER DENYING MOTION TO COMPEL AND GRANTING MOTION FOR PROTECTIVE ORDER** 24 Civ. 6102 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties have filed two motions stemming from the same core discovery dispute. Plaintiff ADASA Inc. ("ADASA") moves to compel the production of documents responsive to its requests for production ("RFPs") numbers 1-7 and 18 and supplementation of Interrogatories Nos. 1, 2, 4, and 6-9 under Federal Rule of Civil Procedure 26. ADASA contends that those documents are fundamental to its case and that Defendant r-pac International LLC ("r-pac") has not produced responsive documents. In seeking the documents responsive to those RFPs, ADASA served third-party subpoenas on 14 customers of r-pac, who ADASA believed would have information responsive to the RFPs at issue. R-pac filed a motion for a protective order to prevent ADASA from obtaining the information from the third-party subpoenas.

At the core of the dispute, ADASA seeks documents from r-pac responsive to RFPs 1-7 and 18. Paul Arguin, Vice President of Global RFID Technology at r-pac, attests in an affidavit that r-pac has conducted a diligent search and produced all the relevant documents it found responsive to these RFPs and made the source code information that ADASA seeks available for inspection. ECF No. 67. R-pac has conferred and cooperated with ADASA in fulfilling the discovery requests. These facts show that r-pac has sufficiently complied with its discovery

obligations. Therefore, ADASA's motion to compel is denied. The time for fact discovery concluded on April 3, 2026, and no basis has been shown to extend it.

R-pac's motion for a protective order is granted. The third-party subpoenas are not timely because they were served after the close of discovery. This is an independent basis to grant the motion for a protective order regardless of ADASA's arguments on standing. *Agapito v. AHDS Bagel, LLC*, No. 16-CV-8170, 2018 WL 3216119, at *2 n.1 (S.D.N.Y. May 17, 2018) ("the issue of standing is separate and distinct from the timeliness issue."). ADASA had sufficient time and notice of the close of discovery to serve its requests during the period in which discovery was open. Furthermore, there appears to be no basis for the relevance of the information sought by ADASA because the information has been provided by r-pac's productions.

Therefore, ADASA's motion to compel is denied and r-pac's motion for a protective order is granted. R-pac's motion for attorneys' fees is denied. Issuance of subpoenas to the third parties, while not permitted here, does not merit attorney's fees to be reimbursed.

The parties shall appear for a case management on August 28, 2026 at 10 a.m. The Clerk of Court shall terminate ECF Nos. 59 and 63.

SO ORDERED.

Dated: August 17, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge